MARY COLLINS, Individually and as Executrix of ALWIN H. COLLINS, Deceased, Respondent, v. THE FERGUSON CONTRACTING COMPANY, Appellant, Impleaded with Another.

*Collins* v. *Ferguson Contracting Co.,* 136 App. Div. 902, affirmed.
(Argued December 16, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1910, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to foreclose a lien for materials furnished.

*Albert R. Lesinsky* for appellant.

*J. W. Atkinson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

FIRST NATIONAL BANK OF SING SING, Respondent, v. FRANCIS LARKIN, as Administrator de Bonis Non of FRANCIS LARKIN, Deceased, Appellant, Impleaded with Another.

*First Nat. Bank of Sing Sing* v. *Larkin,* 136 App. Div. 924, affirmed.
(Argued December 16, 1910; decided January 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 29, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a promissory note.

*John Larkin* and *Alexander S. Andrews* for appellant.

*Smith Lent* and *A. W. Hendrickson, Jr.,* for respondent.

Judgment affirmed, with costs, no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.